# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 14-315** |
| **JARED HAYES** | |

### ORDER

**AND NOW**, this 9th day of July, 2020, upon consideration of Defendant's Motion for Compassionate Release (ECF 641) and the Government's Response thereto (ECF 644), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**