# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 14-315** |
| **JARED HAYES** | |

## ORDER

**AND NOW**, this 13th day of August, 2020, upon consideration of Defendant's Motion for Compassionate Release (ECF 650, 660) and the Government's Response thereto (ECF 656), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**